ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| JENNIFER FAITH FOUST | 3-19CR-668-B |

# INDICTMENT

The Grand Jury Charges:

Count One
Possession of Stolen United States Mail
(Violation of 18 U.S.C. § 1708)

On or about January 1, 2018, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Jennifer Faith Foust**, did unlawfully have in her possession a Bed Bath and Beyond gift card, ending in numbers 9348, which had been stolen, taken, and abstracted from a mail receptacle which was an authorized depository for mail matter, knowing said item to have been stolen.

In violation of 18 U.S.C. § 1708.

Indictment—Page 1

                                               A TRUE BILL

_[signature]_
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_[signature: Jennifer Bray]_
A. JENNIFER BRAY
Special Assistant United States Attorney
Texas Bar No. 00795844
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8674
Facsimile: 214-659-8746
Email: jennifer.bray@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JENNIFER FAITH FOUST

INDICTMENT

18 U.S.C. § 1708
Possession of Stolen United States Mail
(Counts 1)

1 Count

A true bill rendered

*[signature]*

DALLAS                                                            FOREPERSON

Filed in open court this __18__ day of December, 2019.

---

**Warrant to be Issued**

---

*[signature]*

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending